```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2

 3  BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division
 4

 5  PATRICIA SPALETTA (CABN 156788)
    Special Assistant United States Attorney
 6
        450 Golden Gate Avenue, Box 36055
 7      San Francisco, California  94102
        Telephone:     (415) 552-6031
 8      Facsimile:     (415) 436-7234
        Patricia.Spaletta@usdoj.gov
 9

10  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-1070 SI |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| ) | EXCLUDING TIME UNDER 18 U.S.C. § 3161 |
| v. ) | |
| ) | |
| RICARDO ANGULO-SOTELO, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties appeared before the Honorable Susan Illston on February 12, 2010.  With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 12, 2010 to March 5, 2010, in light of the need for defense counsel to review discovery and to conduct further investigation. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking

into account the exercise of due diligence and the need for counsel to review discovery and to conduct further investigation.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 12, 2010 to March 5, 2010, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 12, 2010 to March 5, 2010, be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: February 12, 2010          /s/
                         PATRICIA SPALETTA
                         Assistant United States Attorney

DATED: February 12, 2009          /s/
                         SHAWN HALBERT
                         Counsel for Ricardo Angulo-Sotelo

SO ORDERED.

DATED:_____
                         _____
                         THE HON. SUSAN ILLSTON
                         United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
U.S. v. RICARDO ANGULO-SOTELO, CR 09-1070 SI                    2